**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**SHANON DEWYNN ROBINSON**
**a/k/a "Shannon D. Robinson"**
**a/k/a "Shannon Robinson"**
_________________________________/

**SEALED**
**INDICTMENT**

4:26cr51-AW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about June 4, 2026, in the Northern District of Florida, the defendant,

**SHANON DEWYNN ROBINSON,**
**a/k/a "Shannon D. Robinson,"**
**a/k/a "Shannon Robinson,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1. a. On or about February 26, 2001, **SHANON DEWYNN ROBINSON, a/k/a Shannon D. Robinson,** was convicted in the State of Florida of Robbery by Sudden Snatching;

   b. On or about June 14, 2002, **SHANON DEWYNN ROBINSON, a/k/a Shannon Robinson,** was convicted in the State of Florida of Sale of Cont. Subst.;

cw

FILED USDC FLND TL
JUL 7 '26 PM12:44

c. On or about November 19, 2003, **SHANON DEWYNN ROBINSON, a/k/a Shannon Robinson,** was convicted in the State of Florida of Grand Theft of MV;

d. On or about May 18, 2004, **SHANON DEWYNN ROBINSON, a/k/a Shannon Robinson,** was convicted in the State of Florida of Battery on LEO and ROWV;

e. On or about November 15, 2006, **SHANON DEWYNN ROBINSON, a/k/a Shannon Robinson,** was convicted in the State of Florida of Felony Battery;

f. On or about January 23, 2007, **SHANON DEWYNN ROBINSON, a/k/a Shannon Robinson,** was convicted in the State of Florida of Resisting Officer w/ Violence and Battery on LEO;

g. On or about June 8, 2023, **SHANON DEWYNN ROBINSON** was convicted in the State of Florida of Possession of Controlled Substance.

2. For each of these crimes, **SHANON DEWYNN ROBINSON** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **SHANON DEWYNN ROBINSON** did knowingly possess a firearm, to wit, a KelTec 9 millimeter caliber pistol, and ammunition, namely, JAG 9 millimeter caliber.

4. This firearm and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

Enhanceable Prior Convictions

Before **SHANON DEWYNN ROBINSON** committed the offense charged in this count, **SHANON DEWYNN ROBINSON** had at least three previous convictions for a violent felony, a serious drug offense, or both committed on occasions different from one another.

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**SHANON DEWYNN ROBINSON,**
**a/k/a "Shannon D. Robinson,"**
**a/k/a "Shannon Robinson,"**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in

this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

Redacted

7/7/2021
DATE

JOHN P. HEEKIN
United States Attorney

JAMES A. McCAIN
Assistant United States Attorney